1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RINALDI,                    ) Case No. CV 11-5795 GW (MRW)
                                    )
              Petitioner,           )
        vs.                         ) JUDGMENT
                                    )
P. GUTTIEREZ, Warden,               )
                                    )
              Respondent.           )
                                    )
_____       )

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that this action is dismissed without prejudice.

DATE:  April 23, 2012          _____
                               HON. GEORGE H. WU
                               UNITED STATES DISTRICT JUDGE